UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                  :
UNITED STATES OF AMERICA,              :
                  :
      -v-                :        24 Cr. 548 (JPC)
                  :
                  :        <u>ORDER</u>
LUIS ZABALA,                      :
                  :
           Defendant.      :
                  :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant Luis Zabala's sentencing is currently scheduled for March 10, 2025. Under Federal Rule of Criminal Procedure 32, "[t]he probation officer must give the presentence report to the defendant, the defendant's attorney, and an attorney for the government at least 35 days before sentencing unless the defendant waives this minimum period." Fed. R. Crim. P. 32(e)(2). It appears to the Court that the Probation Department provided the initial draft of Mr. Zabala's Presentence Investigation Report to the parties on February 12, 2025, less than thirty-five days prior to the scheduled sentencing. The Probation Department since has advised the Court that it expects to provide Mr. Zabala's final Presentence Investigation Report to the Court and the parties no earlier than March 3, 2025.

      Accordingly, on or before February 28, 2025, the parties shall inform the Court whether either party requests an adjournment of Mr. Zabala's sentencing. If the defense does not seek an adjournment, defense counsel also should advise whether he expects Mr. Zabala to waive Rule 32(e)(2)'s thirty-five-day minimum notice period at sentencing.

      SO ORDERED.

Dated: February 25, 2025
      New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge